UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | The Honorable William H. Walls |
|---|---|
| v. | Crim. No. 07-549 (WHW) |
| KENNETH ROBERTS, | **Order for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)** |
| Defendant. | |
| Date of Previous Judgment: October 1, 2008 | |

Upon motion of the Defendant KENNETH ROBERTS, through Wanda M. Akin & Associates (Wanda M. Akin, Esq., appearing), under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that:

    1) the motion is hereby GRANTED; and

    2) the defendant's previously imposed sentence of imprisonment of 90 months is reduced to 60 months.

I. COURT DETERMINATION OF GUIDELINE RANGE

| Previous Offense Level: 27 | Amended Offense Level: 23 |
|---|---|
| Criminal History Category: III | Criminal History Category: III |
| Previous Guideline Range: 87 to 108 months | Amended Guideline Range: 57 to 71 months |

II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

Sentence is within the Sentencing Guideline Range.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated October 1, 2008 shall remain in effect.

**IT IS SO ORDERED.**

Date: 5 December 2011

_____
William H. Walls, U.S.D.J.